# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

RECEIVED BY MAIL
APR 24 2002
CLERK US DIST COURT
ST. PAUL, MN

Case Number: 02-cv-810 DSD/SRN Case Title: EEOC v Mn. Beef Industries

## MOTION FOR ADMISSION PRO HAC VICE

## FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

**Affidavit of Proposed Admittee**

I, Rosemary J. Fox am currently a member in good standing of the bar of the United States District Court for the Eastern + Western Districts of Wisconsin but not admitted to the bar of this court. I will be representing The EEOC (Government Agency) in the action listed above.

Signature [signature] Date 4/22/02

State I.D.: 1012729 (WI)

Government Agency: EEOC
Suite/Building: Suite 800
Street Address: 310 W. Wisconsin Ave
City State Zip: Milwaukee, Wi 53203
Telephone: (414) 297-4131

**Affidavit/Certification**

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature [signature]

Date April 22, 2002
Name Barbara Henderson
Title EEOC Senior Trial Attorney
US Agency Equal Employment Opp. Commission

---

Motion granted [signature] Date APR 24 2002

For the Court Richard D Sletten, Clerk

Note: the original of this form must be filed with the Clerk of Court for the District of Miinnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED APR 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

UNITED STATES DISTRICT COURT