UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
03 FEB 21 AM 9:5
CLERK ... COURT
...

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff,

and

SHEILA KUTZ, Plaintiff-Intervenor

v.

MINNESOTA BEEF INDUSTRIES, INC. Defendant.

Civil Action No. 02-CV-810 DSD/SRN

**STIPULATED MOTION FOR EXTENSION OF DISCOVERY DEADLINE FOR TAKING OF DEPOSITIONS**

Pursuant to Local Rule 16.3, Plaintiff Equal Employment Opportunity Commission ("EEOC"), Plaintiff-Intervenor Sheila Kutz ("Kutz") and Defendant Minnesota Beef Industries, Inc. ("Defendant") jointly move the Court to amend the Pretrial Scheduling Order filed on June 20, 2002. The parties file this motion to extend the deadline for taking depositions on the grounds that some of the witnesses are not available for deposition until after the discovery deadline of March 17, 2003. The parties agree that the discovery deadline needs to be extended for one month to April 17, 2003. Local Rule 16.3(b) provides that this Court may modify the pretrial scheduling order after considering the following factors:

(1) what discovery remains to be completed;

(2) what discovery has been completed;

(3) why all discovery has not been completed; and

(4) how long it will take to complete discovery.

MAR 04 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. **What discovery remains to be completed**

The discovery deadline is March 17, 2003. Discovery that will remain to be completed by such time is the depositions of at least three witnesses. Two of the witnesses live near Buffalo Lake, MN where the attorneys will travel for the depositions. Both of these witnesses stated that they are not available until after March 17, 2003 because they will be out of town on business - one witness will be in Iowa and the other will be in South Dakota. A third witness' deposition was continued due to some problems that have arisen in connection with documents that Defendant produced to Plaintiffs. The parties are working to amicably resolve these issues, but additional time beyond the current March 17, 2003 deadline may be necessary to review and analyze the documents and continue this witness' deposition.

2. **What discovery has been completed**

The parties have conducted written discovery including Requests for Production of Documents and Interrogatories. The parties have also taken several depositions, and between seven to ten more depositions are scheduled between the present date and the close of discovery on March 17, 2003.

3. **Why all discovery has not been completed**

All of the depositions will not be completed by the discovery date of March 17, 2003 because of scheduling conflicts, the unavailability of two witness until after March 17, 2003, and the continuance of another witness' deposition until certain documents are produced.

4. **How long it will take to complete discovery**

The parties agree that discovery should be extended for one month. The parties agree that any remaining depositions shall be completed by April 17, 2003.

Accordingly, based upon the stipulation of the parties, the parties respectfully request that this Court grant the joint motion to amend the Pretrial Scheduling Order to allow for taking of depositions after the discovery cut-off deadline, and that discovery be extended for one month to April 17, 2003.

Respectfully submitted,

Dated: 2/28/03

Tina Burnside
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Minneapolis Area Office
330 S. Second Ave., Suite 430
Minneapolis, MN 55401

*Attorneys for Plaintiff EEOC*

Dated: 2/24/03

Celeste Culberth
Leslie Lienemann
CULBERTH, LIENEMANN AND STRATTON
1050 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101

*Attorneys for Plaintiff-Intervenor*

Dated: 2/27/03

William J. Egan
150 Edina Executive Plaza

5200 Willson Rd.
Edina, MN 55424

*Attorneys for Defendant*

**ORDER**

SO ORDERED this 4th of March, 2003.

Susan Richard Nelson
Hon. Susan Richard Nelson
United States Magistrate Judge