ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

Sheila Kutz,

Plaintiff - Intervenor,

v.

Minnesota Beef Industries, Inc.,
Defendant.

Civil Action No. 02-CV-810DSD/SRN

**STIPULATION TO EXTEND THE TIME TO RESPOND TO SUMMARY JUDGMENT**

---

WHEREAS, Defendant served its Motion for Summary Judgment on May 1, 2003;

WHEREAS, by the Court's Order dated May 23, 2003, the Court granted a two month extension to the Plaintiff and the Plaintiff-Intervenor to serve their responses to Defendant's Summary Judgment; and

WHEREAS, the parties have agreed that Plaintiff and Plaintiff-Intervenor shall have until and including August 5, 2003 to serve their responses to the Defendant's Summary Judgment.

THEREFORE, the parties through their undersigned attorneys hereby stipulate as follows:

1. Plaintiff and Plaintiff-Intervenor shall have until and including to August 5, 2003 to respond to Defendant's Summary Judgment.

FILED JUL 1 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO STIPULATED:

Dated: 7/9, 2003

By: [signature]
Celeste E. Culberth
Leslie L. Lienemann
**Culberth, Lienemann & Stratton, LLP**
1050 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 290-9300

**ATTORNEYS FOR PLAINTIFF – INTERVENOR SHEILA KUTZ**

Dated: July 7, 2003

By: [signature]
William J. Egan
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
(952) 836-2770

**ATTORNEY FOR DEFENDANT**

Dated: 7/8, 2003

By: [signature]
Tina Burnside
Sr. Trial Attorney
EEOC, Minneapolis Area Office
330 South Second Avenue
Suite 430
Minneapolis, MN 55401-2224
(612) 335-4047

**ATTORNEY FOR PLAINTIFF**

**IT IS SO ORDERED**:

Dated: July 10, 2003

[signature]
Magistrate Judge Susan Richard Nelson