UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-810(DSD/SRN)

Equal Employment Opportunity Commission,

Plaintiff,

and

Sheila Kurtz,

Plaintiff-Intervenor,

Minnesota Beef Industries, Inc.,

Defendant.

**ORDER**

This matter is before the court upon defendant's appeal of Magistrate Judge Susan Richard Nelson's May 23, 2003, order directing petitioner to deliver hard copy documents regarding loans made by defendant to employees.[1] Based on a review of the file and record herein, the court finds that Magistrate Judge Nelson's order is neither clearly erroneous nor contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. LR 72.1(b)(2).

[1] In her brief opposing defendant's appeal, plaintiff-intervenor Sheila Kutz requests that the court levy sanctions against defendant in the form of attorney's fees and costs of responding to the appeal. Plaintiff-intervenor argues that defendant's appeal is "factually and legally unsupported." (Pl.-Intevenor's Mem. in Opp'n to Appeal at 9.) Because the court does not find sanctions appropriate in this case, plaintiff-intervenor's request is denied.

FILED JUL 2 1 2003
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Accordingly, **IT IS HEREBY ORDERED** that the order of the Magistrate Judge dated May 23, 2003, is affirmed in all respects.

Dated: July 18, 2003

David S. Doty, Judge
United States District Court