# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Equal Employment Opportunity Commission,

Plaintiff,

and

Sheila Kutz

Plaintiff-Intervenor,

v.

Minnesota Beef Industries, Inc.,

Defendant.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-02-810 DSD/SRN |
| Date: | April 8, 2004 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 4:00 p.m. |
| Time in Court: | 6 Hours & 30 Minutes |

APPEARANCES:

Plaintiff(s): Tina Burnside for Plaintiff Equal Employment Opportunity Commission
Celeste E. Culberth, Leslie Lienemann for Plaintiff Intervenor Sheila Kutz

Defendant(s): William Egan for Minnesota Beef Industries, Inc.

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

Final Settlement Conference. NO SETTLEMENT REACHED.

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

April 9, 2004

s/ Beverly Riches
Judicial Assistant