UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

SHEILA KUTZ

Plaintiff-Intervenor,

v.

MINNESOTA BEEF INDUSTRIES, INC.,

Defendant.

Civil No. 02-CV-810 (DSD/SRN)

Stipulation and Order for Dismissal With Prejudice

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and based upon the attached Consent Decree, the Equal Employment Opportunity Commission (EEOC), Sheila Kutz and Minnesota Beef Industries, Inc. hereby stipulate to the dismissal of this action with prejudice, and to retention of jurisdiction by the Court to enforce the provisions of the Consent Decree.

Jean P. Kamp
Regional Attorney

Date: 5/13/04

Tina Burnside (WI 1026965)
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Minneapolis Area Office
330 S. Second Ave., Suite 430
Minneapolis, MN 55401
(612) 335-4047

Date: 5/11/04

SCANNED
MAY 17 2004
U.S. DISTRICT COURT MPLS

Celeste E. Culberth 5/3/04

Celeste Culberth
Leslie Lienemann
CULBERTH, LIENEMANN AND STRATTON
1050 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 290-9300

Date

*Attorneys for Plaintiff-Intervenor*

Will Egan May 10, 2004

William J. Egan
WILLIAM J. EGAN, PLC
Edina Executive Plaza, Suite 315
5200 Willson Road
Edina, MN 55424
(952) 836-2770

Date

*Attorneys for Defendant*

**ORDER**

SO ORDERED this 17TH of MAY, 2004.

Hon. David S. Doty
United States Judge

DSD

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Minneapolis Area Office**

330 Second Avenue South, Suite 430
Minneapolis, MN 55401-2224
(612) 335-4040
TTY (612) 335-4045
FAX (612) 335-4044

Tina Burnside
Senior Trial Attorney
(612) 335-4047

May 17, 2004

Clerk of U.S. District Court
District of Minnesota
U.S. Courthouse, Suite 202
300 South Fourth Street
Minneapolis, MN 55415

RECEIVED
04 MAY 17 AM 10:02
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

Re: EEOC and Kutz v. Minnesota Beef Industries, Inc.
Civil No. 02-810 (DSD/SRN)

To Whom It May Concern:

Enclosed for filing in the above captioned case please find the original and one copy of the Consent Decree, submitted for Judge Doty's approval.

Sincerely,

Tina Burnside
Senior Trial Attorney

:mk

cc: William J. Egan
Celeste Culberth
Leslie Lienemann